**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03135-BNB

KEITH ALLEN JOHNSON,

    Plaintiff,

v.

JEFFERY HEINIS, # 06140,
CHRIS CAMERON, # 87014,
CHRISTOPHER BALES, # 06130,
ROBERT GREASER, # 08034,
ALEXANDER ST. PETER, # 05067,
RICHARD HARVEY, JR., # 06069,
LANCE GARDNER, # 95013,
KEVIN DREYFUSS, # 99033,
KEVIN UJCICH, # 06012,
BRYON TOMPKINS, # 98029,
LT. ARCHER,
JOHN DOE (2), Denver Chief of Police,
JOHN DOE (3), Denver Safety Manager,
CITY AND COUNTY OF DENVER, As Person, and
JOHN RITTER, Governor of Colorado,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The issue before the Court is Plaintiff's Motion to Amend Defendants/Add Claims, Doc. No. 4, filed with the Court on January 9, 2012.  Prior to a responsive pleading being served, a plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a).  If Plaintiff desires to amend his Complaint he may do so without seeking permission of the Court.  Therefore, the Motion is DENIED as unnecessary.  An amended complaint supersedes the original complaint.  *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort,* 705 F.2d 676 (2$^{d}$ Cir.1983); *London v. Coopers & Lybrand,* 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990).

Dated:  January 10, 2012