IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03135-WJM-KLM

KEITH ALLEN JOHNSON,

    Plaintiff,

v.

JEFFERY HEINIS, #06140
CHRIS CAMERON, #87014, and
CHRISTOPHER BALES, #87014,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Modification of Scheduling Order** [Docket No. 60; Filed December 5, 2012], **Motion for Extension of Time** [#63; Filed December 13, 2012], **Motion for Protective Order** [#66; Filed December 20, 2012], **Motion for Service of Subpoena** [#77; Filed January 14, 2013], **Motion for Extension of Time** [#81; Filed January 30, 2013], **Motion for Extension of Time** [#83; Filed February 1, 2013], **Motion to Permit Late Filing** [#92; Filed February 27, 2013], Defendants' **Motion to Compel Discovery** [#58; Filed November 30, 2012], **Revised Motion for Protective Order** [#68; Filed December 20, 2012], **Amended Motion for a Protective Order** [#87; Filed February 13, 2013], **Motion to Strike** [#94; Filed March 11, 2013] and **Motion to Compel** [#96; Filed March 12, 2013] (collectively, the "Motions").

    The Court recently issued a Recommendation [#102] that Plaintiff's remaining claim, and thus the action, be dismissed. Accordingly,

    IT IS HEREBY **ORDERED** that in light of the Court's Recommendation [#102] that this action be dismissed, the Motions [## 58, 60, 63, 66, 68, 77, 81, 83, 87, 92, 94 and 96] are **DENIED AS MOOT**.

    Dated:  March 29, 2013