IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03135-WJM-KLM

KEITH ALLEN JOHNSON,

    Plaintiff,

v.

JEFFERY HEINIS, #06140
CHRIS CAMERON, #87014, and
CHRISTOPHER BALES, #87014,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Supplement Plaintiffs Discover [sic] Responses** [Docket No. 105; Filed April 1, 2013] and **Motion for Extension of Time to Respond to Defendant's [sic] Motion to Strike or in the Alternative Motion to File Surreply** [#108; Filed April 22, 2013] (collectively, the "Motions").

    On May 1, 2013, the Court entered an Order [#111] adopting the Court's Recommendation [#102] that Plaintiff's remaining claim, and thus the action, be dismissed. Accordingly,

    IT IS HEREBY **ORDERED** that in light of the Court's Order [#111] that this action be dismissed, the Motions [##105, 108] are **DENIED as moot**.

    Dated:  May 2, 2013